1999-KA-01053-SCT